```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
        Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABHISHEK RANJAN, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>             Defendants. | C 5:24-cv-01332-VKD<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND [PROPOSED] ORDER**<br><br>Re: Dkt. No. 10 |

   The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before July 29, 2024. Plaintiffs filed this mandamus action seeking adjudication of their Form I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for May 30, 2024.

   The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the Complaint was filed, or June 5, 2024, Defendants must file a motion for summary judgment by 120 days after the Complaint

was served, or July 11, 2024. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiffs have not filed a motion for summary judgment by August 5, 2024, Defendants must file their motion for summary judgment by September 9, 2024.  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: May 10, 2024                                   Respectfully submitted[1],

                                                ISMAIL J. RAMSEY
                                                United States Attorney

                                                *s/ Elizabeth Kurlan*
                                                ELIZABETH D. KURLAN
                                                Assistant United States Attorneys
                                                Attorneys for Defendants

Dated:  May 10, 2024

                                                *s/ Christina Castro*
                                                CHRISTINA S. CASTRO
                                                Hacking Immigration Law, LLC
                                                Attorney for Plaintiffs

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 13, 2024

                                                HON. VIRGINIA K. DEMARCHI
                                                United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.